**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01161-CR

**ELOY SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F08-24673-L**

## ORDER

The Court **GRANTS** appellant's February 28, 2013 motion seeking an extension until March 4, 2013 to file appellant's brief to the extent that we **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

.

/s/    DAVID EVANS
          JUSTICE